IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| JEROME COAST, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 623-029 |
| | ) | |
| WARDEN BRIAN ADAMS; MICHAEL HARTMEYER, Unit Manager; CERT TEAM SERGEANT JACKSON; TYRONE OLIVER; MS. WESTIN; WARDEN COX; UNKNOWN OFFICER, IRT/Cobra Squad; OFFICER WITFIELD; and JOSEPH BARNES, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. While Plaintiff filed a document labeled as objections, the document is an attempt by Plaintiff to supplement his amended complaint allegations. (See generally doc. no. 13.) The attempt is procedurally improper because Plaintiff did not seek leave of court, and he cannot amend in such a piecemeal manner. Moreover, the attempt is also futile because the supplemental allegations nevertheless fail to state a claim. (See generally id.)

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** from this case Defendants Adams, Jackson, Oliver, Westin, Unknown Officer, Cox, Witfield, and Barnes, as well as the failure to protect claim

and any official capacity claim for monetary damages against Defendant Hartmeyer. The case shall proceed against Defendant Hartmeyer as described in the Magistrate Judge's July 20, 2023 Order. (Doc. no. 11.)

SO ORDERED this 14th day of August, 2023, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA