IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JEROME COAST, JR., | ) |
| Plaintiff- Appellant, | ) ) |
| V. | ) CASE NO. 6:23-cv-029 )<br>) Appeal No. 23-10979-B |
| WARDEN SMITH STATE PRISON,<br>UNIT MANAGER MICHAEL HARTMEYER,<br>CERT TEAM SERGEANT JACKSON,<br>MS WESTIN, TYRONE OLIVER, et al., | ) ) ) ) ) ) |
| Defendants - Appellees. | ) |

## ORDER

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**SO ORDERED**, this ___20th___ day of November, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA