IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| JEROME COAST, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 623-029 |
| | ) | |
| MICHAEL HARTMEYER, Unit Manager, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendant's motion for summary judgment, (doc. no. 39), **DIRECTS** the Clerk to **ENTER** a final judgment in favor of Defendant, and **CLOSES** this civil action.

SO ORDERED this 29th day of August, 2024, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The same day the Report and Recommendation was entered, the Court received a second response from Plaintiff to Defendant's Motion for Summary Judgment. (Doc. no. 45; see also doc. no. 42.) Plaintiff filed the second response, which presents the same arguments as his first response, (doc. no. 42), because he believed his first response had not been received by the Court, (doc. no. 45, p. 1). Accordingly, the second response raises no new arguments, and nothing in Plaintiff's second response changes the Magistrate Judge's analysis Defendant's motion for summary judgment should be granted.